## LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED

Ilene F. Goldstein

Attorneys at Law
1954 First St
PMB 112
Highland Park, Illinois 60035
(847) 562-9595 Telephone
(847) 628-1822 Telefax
lfgolds@aol.com Email

October 13, 2023

**VIA E-MAIL**
Mr. Adam Brief
Ms. Connie Warner
Office of the U.S. Trustee
219 South Dearborn St
Room 873
Chicago, IL 60604

    Re: **Robert Crimo, Jr.**
         **Case No. 23-13722**

Dear Ms. Warner:

With regard to the above Chapter 7 Debtor, I hereby resign as Trustee for the above-referenced case.

If you have any questions or concerns, please do not hesitate to call.

Very truly yours,

*Ilene F. Goldstein* (signature)

Ilene F. Goldstein