UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-13722 |
| Robert E. Crimo, Jr. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR RELIEF FROM STAY**

This matter came before the court on the Creditor's Motion for Relief from Stay as to 1566 McDaniels Avenue, Highland Park, Illinois 60035 filed by Todd J Ruchman on behalf of HSBC Bank USA, N.A.,

IT IS HEREBY ORDERED:

The creditor's motion for relief from stay is denied without prejudice for improper notice reasons as stated on the record.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 08, 2023