# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Robert E. Crimo, Jr.** | : Case No.: 23-13722 |
| | : Chapter 7 |
| **Debtor.** | : Judge A. Benjamin Goldgar |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

TO: See attached list.

   PLEASE TAKE NOTICE that on <u>January 9, 2024,</u> at 9:<u>30 a.m., I</u> will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in court room 642 of the U.S. Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604, **or** electronically as described below and present the <u>Motion for Relief from Stay</u>, a copy of which is attached.

   **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and passcode.

   **Meeting ID and passcode.** The meeting ID for this hearing is <u>161 500 0972</u> and the passcode is <u>726993</u>. The meeting ID and passcode can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

|  |  |
|---|---|
|  | HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-12 |
| By: | /s/ Todd J. Ruchman |
|  | Todd J. Ruchman (6271827) |

23-026801_JHH

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Contact email is tjruchman@manleydeas.com

23-026801_JHH

**CERTIFICATE OF SERVICE**

I certify that on Dec. 15, 2023, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Catherine L. Steege ESQ, csteege@jenner.com

Lester A Ottenheimer III, Attorney for Robert E. Crimo, Jr., lottenheimer@olawgroup.com

I certify that on Dec. 15, 2023, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert E. Crimo, Jr., 115 Pleasant Avenue, Highwood, IL  60040

/s/ Todd J. Ruchman

23-026801_JHH

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Robert E. Crimo, Jr. | : Case No.:  23-13722 |
| | : Chapter 7 |
| Debtor. | : Judge A. Benjamin Goldgar |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION OF HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12 FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-12 ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay on the real property located at 1566 McDaniels Avenue, Highland Park, IL 60035 ("Property"). In support of its motion, Creditor states the following:

1.  Robert E. Crimo, Jr. ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code on October 13, 2023 (the "Petition Date").

2.  On April 9, 2004, Debtor executed a Adjustable Rate Note in the original amount of $278,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

3.  To secure the Note, a Mortgage was given April 9, 2004 and recorded April 29, 2004. A copy of the Mortgage is attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

4.  The terms of the Note were subsequently modified as set forth in the Home Affordable Modification Agreement attached as Exhibit C.

23-026801_JHH

5. The terms of the Note were subsequently modified as set forth in the Loan Modification Agreement, attached as Exhibit D.

6. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. There are no other liens against the property as listed in Debtor's Schedule D.

8. As of October 19, 2023 the total outstanding amount due on the Note is $514,426.74 which consists of:

| | |
|---|---|
| Principal | $285,288.83 |
| Deferred Principal | $123,000.04 |
| Interest | $44,605.18 |
| Escrow advance | $45,685.41 |
| Late charges | $0.00 |
| Other Fees | $15,847.28 |
| Suspense funds | $(0.00) |

9. Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

10. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's contractual default.

    b. Debtor is in default in performance of the terms and conditions of the Note and Mortgage and is contractually due for the April 2019 payment in the amount of $2,003.15. Debtor's default totals $107,967.25. This amount is broken down as follows:

| **Payments Delinquent to Creditor** | | |
|---|---|---|
| **Date Range** | **Amount** | **Total** |
| April 2019 to November | $2,116.47 | $16,931.76 |

23-026801_JHH

|  |  |  |
|---|---|---|
| 2019 |  |  |
| December 2019 to November 2020 | $1,919.20 | $23,030.40 |
| December 2020 to May 2021 | $1,815.17 | $10,891.02 |
| June 2021 to November 2021 | $1,936.33 | $11,617.98 |
| December 2021 to November 2022 | $1,955.12 | $23,461.44 |
| December 2022 to October 2023 | $2,003.15 | $22,034.65 |
| Total: $107,967.25 | | |

11. Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within 30 days of the date it is filed. Creditor further requests that Rule 4001(a)(3) be waived so that an Order Granting Relief from the Automatic Stay will take immediate effect.

WHEREFORE, Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

23-026801_JHH

## CERTIFICATE OF SERVICE

I certify that on ___Dec. 15___, 2023, a copy of the foregoing Motion of HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-12 for the Automatic Stay (First Mortgage) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Catherine L. Steege ESQ, csteege@jenner.com

Lester A Ottenheimer III, Attorney for Robert E. Crimo, Jr., lottenheimer@olawgroup.com

I certify that on ___Dec. 15___, 2023, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert E. Crimo, Jr., 115 Pleasant Avenue, Highwood, IL  60040

/s/  Todd J. Ruchman

23-026801_JHH