**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Robert E. Crimo, Jr.</u>
Case No. <u>23-13722</u> Chapter <u>7</u>

All Cases: Moving Creditor <u>HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-12</u>   Date Case Filed <u>October 13, 2023</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:   ☐ No-Asset Report filed on _____
            ☒ No-Asset Report not filed. Date of Creditor's Meeting: <u>11/16/23</u>

1. Property

   a. ☒   Home 1566 McDaniels Avenue, Highland Park, IL 60035;
   b. ☐   Car Year, Make, and Model _____
   c. ☐   Other (describe) _____

2. Balance Owed as of October 19, 2023: $<u>514,426.74</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>300,981.00</u>, Schedule A/B.

5. Default

   a. ☐   Pre-Petition Default
          Number of months _____       Amount $_____

   b. ☐   Post-Petition Default
      i. ☐  On direct payments to the moving creditor
            Number of months _____       Amount $_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months _____       Amount $_____

6. Other Allegations

   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

      i. ☐   No insurance
      ii. ☐  Taxes unpaid            Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv. ☐  Other _____

   b. ☐ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      i. ☐   Bad Faith (describe) _____
      ii. ☐  Multiple filings
      iii. ☐ Other (describe) _____

23-026801_JHH

d. Debtor's Statement of Intention regarding the Collateral

i. ☒ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: 12/15/2023

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

23-026801_JHH